SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

March 9, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAR 18 2015

CHRISTOPHER A. PRINE
CLERK

Elena Aviles
Document Manager
Innocence Project
40 Worth St., Rm 701
New York, NY 10013

RE:     **Court of Appeals Number:** 01-99-01149-CR      **Trial Court Case Number:** 729921

**Style:** Krueger, Louis Andrew v. The State of Texas

We are forwarding a cd copy of the records following via self-addressed FedEx Express Airbill # 8071 2844 0603.

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _Elena Avil_ Date Received _03/11/15_

Elena Aviles, Document Manager
40 Worth Street, Suite 701, New York, NY 10013

INNOCENCE PROJECT

Benjamin N. Cardozo School of Law, Yeshiva University

NEW YORK
NY 100
13 MAR '15
PM 16 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS

MAR 18 2015

CHRISTOPHER A. PRINE
CLERK

Jesse Rodriguez
Deputy Clerk IV
Court of Appeals, First District
301 Fannin Street
Houston, TX 77002-2066



neopost
03/12/2015
US POSTAGE   $00.48⁰

ZIP 10013
041L11246813

77002206699